



## MEMORANDUM OPINION

No. 04-11-00377-CR

Melissa **RIOS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2008CR0931B
Honorable Maria Teresa Herr, Judge Presiding

PER CURIAM

Sitting:  Karen Angelini, Justice
     Sandee Bryan Marion, Justice
     Phylis J. Speedlin, Justice

Delivered and Filed: December 7, 2011

DISMISSED

Appellant has filed a motion to withdraw her appeal. The motion is signed by both appellant and her attorney. *See* TEX. R. APP. P. 42.2(a). We, therefore, grant the motion and dismiss this appeal. *See id.*

PER CURIAM

DO NOT PUBLISH